IT IS SO ORDERED.

s/*Pamela A. Barker*
PAMELA A. BARKER,
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STEVE BAKER,** | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-01767-PAB |
| **LAKESIDE PIZZA, INC.,** and **ROBERT MCNICHOLAS,** | **JURY TRIAL DEMANDED** |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Steve Baker, and Defendants Lakeside Pizza, Inc., and Robert McNicholas (collectively, the "Parties"), by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby present to this honorable Court that they stipulate to the dismissal of this action with prejudice. Accordingly, Plaintiff hereby dismisses this action with prejudice, with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

*/s/ Matthew R. McCarley*
Matthew R. McCarley
Bar Number. 24041426
FORESTER HAYNIE, PLLC
400 N. St. Paul Street Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(469) 399-1070 fax
mccarley@foresterhaynie.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Richard A. Millisor*
Richard A. Millisor (0062883)
Fisher & Phillips LLP
200 Public Square, Suite 4000
Cleveland, Ohio 44114